IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE MAURICE CARSTARPHEN, JR.,** *AIS # 00302920*, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| **VENCINI SMITH,** *Correctional Warden III,* *William E. Donaldson Correctional Facility*, | ) ) ) ) ) |
| Respondent. | ) |

CIVIL ACTION NO. 1:23-00004-JB-N

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc# 36) entered February 6, 2026, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner **ANDRE MAURICE CARSTARPHEN, JR.**'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 in this action is **DENIED** and **DISMISSED with prejudice** under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and that Carstarphen is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 27th day of February, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE