IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE MAURICE CARSTARPHEN, JR.,** *AIS # 00302920,* | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| **VENCINI SMITH,** *Correctional Warden III,* *William E. Donaldson Correctional Facility,* | ) ) ) ) ) |
| Respondent. | ) |

CIVIL ACTION NO. 1:23-00004-JB-N

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner **ANDRE MAURICE CARSTARPHEN, JR.**, in that this action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**.

**DONE and ORDERED** this 27th day of February, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE